Case 1:26-cv-05889-LAK Document 10-1 Filed 09/22/26 Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-23-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

FAST CORPORATION LTD. d/b/a
PC APP STORE,

Plaintiff,

v.

VARIST EHF,

Defendant.

CIVIL ACTION

No. 26-cv-5889 (LAK)

**[~~PROPOSED~~] ORDER FOR ALTERNATIVE SERVICE**

This Matter having been opened by plaintiff Fast Corporation Ltd. for an order pursuant to Rules 4(f)(3) and 4(h) of the Federal Rules of Civil Procedure for alternative service on defendant, and for good cause shown, it is hereby

ORDERED as follows:

Plaintiff may serve process on defendant via any version of U.S. Mail International to defendant at its address:

Varist ehf
Iceland Registration number 601207-0870
Skútuvogur 2
104 Reykjavík, Iceland

A copy of this Order shall be served along with the Summons and Complaint.

IT IS SO ORDERED:

Dated: 9/23/26

Hon. Lewis A. Kaplan